UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

DANIEL MARTIN ROBERTS        CASE NUMBER: 05-31440
SSN: xxx-xx-6636             CHAPTER 13

DEBORAH LYNN ROBERTS
SSN: xxx-xx-2964
Debtors

### NOTICE TO MEIER & FRANK THAT $693.21 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUNDS ACCOUNT IN TREASURY FUND #6047BK

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Meier & Frank, creditor herein, and deposits $693.21 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. That the last known address for Meier & Frank was:

   P. O. Box 66955
   St. Louis, MO 63166

2. Several of the Standing Chapter 13 Trustee's disbursement checks have been returned by the United States Postmaster as undeliverable at the address;

3. That the Standing Chapter 13 Trustee has been unsuccessful in obtaining a proper address for said creditor;

4. Subsequent attempts to locate this creditor were fruitless;

5. That any objections to said Deposit should be made in writing, with the Court Clerk.

Dated: October 4, 2010

Respectfully Submitted,

/s/ Debra L. Miller
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served as follows on     October 4, 2010

By U.S. Mail postage prepaid
Debtors: Daniel and Deborah Roberts, 53028 Glenmoor Street, Elkhart, IN 46514
Creditor: Meier & Frank, P. O. Box 66955, St. Louis, MO 63166

By electronic mail via CM/ECF:
Debtors' Attorney: Ian R. Flora
U.S. Trustee: ustregion10.so.efc@usdoj.gov

/s/ Debra L. Miller
Debra L. Miller, Trustee